UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

| Case No. | 2:25-cv-08900-ODW (PDx) | Date | December 17, 2025 |
|---|---|---|---|
| Title | *Lamar Myers v. G.T. Tire and Wheel, Inc. et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**      **In Chambers**

Pursuant to Plaintiff's Notice of Voluntary Dismissal, (Dkt. No. 19), and Federal Rule of Civil Procedure 41(a)(1):

**IT IS HEREBY ORDERED** that:

1.    The entire action and all claims asserted therein are hereby **DISMISSED WITHOUT PREJUDICE**; and

2.    All dates and deadlines in this action are **VACATED** and taken off calendar.

The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

                                                        _____ : ___00___

                                        Initials of Preparer    SE